### W. O. DEBALL v. R. L. JAMES.

(No. 773, Op. Book No. 3, p. 449.)

APPEAL from Dallas County.  Opinion by WINKLER, J.

§ 91. *Work and labor done; measure of recovery.*  In a suit for work and labor done, ordinarily the measure of

the plaintiff's recovery will be the value of such work and labor. If the price of the same had been agreed by the parties, then such price would be the measure of recovery.

February 2, 1881.          Reversed and remanded.